**Shawn M. Lindsay, OSB 02069**
ShawnLindsay@MHGM.com
MARKOWITZ, HERBOLD, GLADE
  & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

   Of Attorneys for Defendant Anova Food, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KING TUNA, INC., a California corporation,<br><br>                                    Plaintiff,<br><br>   v.<br><br>ANOVA FOOD, INC., a Georgia corporation,<br><br>                                    Defendant. | No. 07-6191-TC<br><br>**Defendant Anova Food, Inc.'s MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>**Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3)**<br><br>**(Request for Oral Argument)** |

**L.R. 7.1(a) CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(a), on August 31, 2007, Shawn M. Lindsay, counsel for defendant, spoke with plaintiff's counsel, Michelle Ing, and requested that plaintiff dismiss its claims against defendant for lack of personal jurisdiction and venue.  The parties made a good faith effort but were unable to resolve the dispute.

**MOTION**

Defendant Anova Food, Inc. moves pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(3) to dismiss all of plaintiff's claims against it, specifically plaintiff's Lanham Act and

**Page 1 -   DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL
                  JURISDICTION AND IMPROPER VENUE**

Oregon UTPA claims, for lack of personal jurisdiction and lack of venue. Anova has filed a similar motion in <u>Tuna Processors, Inc. v. Anova Food, Inc.</u>, United States District Court Case No. C7-6192 before Judge Aiken to dismiss plaintiff's patent infringement claims. In the interests of efficiency and consistency, Anova respectfully requests that both motions be heard and decided at the same time.

Defendant is a Georgia corporation with its principal place of business in Tampa, Florida. Defendant has no officers, employees, distributors, manufacturing facilities, offices or any assets in Oregon. Defendant does not actively advertise in Oregon, it does not directly sell any products in Oregon, nor does it do any business in Oregon. Defendant does not purposefully direct any of its activities at either Oregon or her residents, nor has defendant otherwise purposefully availed itself of the benefits and protections of the laws of Oregon. In short, defendant does not have the Constitutionally-mandated "minimum contacts" with Oregon that will support the exercise of personal jurisdiction over defendant consistent with Due Process. Accordingly, plaintiff's claims against defendant should be dismissed for lack of personal jurisdiction and venue.

This motion is supported by defendant's Memorandum; the Declaration of Shawn M. Lindsay in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Venue; and the Declaration of Doug Brinsmade in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Venue filed contemporaneously herewith.

DATED this 10th day of September, 2007.

        MARKOWITZ, HERBOLD, GLADE
         & MEHLHAF, P.C.

       By: */s/ Shawn M. Lindsay*
         Shawn M. Lindsay, OSB #02069
         (503) 295-3085
         Of Attorneys for Defendant

KINGAN\136035

**Page 2 -**  **DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL**
    **JURISDICTION AND IMPROPER VENUE**

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I have made service of the foregoing **DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE** on the party/ies listed below in the manner indicated:

| | |
|---|---|
| Carl D. Crowell | ☐ U.S. Mail |
| Michelle L. H. Ing | ☐ Facsimile |
| David W. Sherman | ☐ Hand Delivery |
| Crowell Ing, LLP | ☐ Overnight Courier |
| P.O. Box 923 | ☐ Email |
| Salem, OR  97308-0923 | ☒ Electronically via USDC CM/ECF system |

DATED this 10th day of September, 2007.

                                              */s/ Shawn M. Lindsay*
                                              Shawn M. Lindsay, OSB #02069
                                              Attorney for Defendant